S.D.N.Y. – N.Y.C.
15-cr-379
Castel, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of April, two thousand twenty-six.

Present:

José A. Cabranes,
Joseph F. Bianco,
William J. Nardini,
        *Circuit Judges*.

---

United States of America,

        *Appellee*,

        v.                                                24-1868 (L),
                                                         24-1891 (Con)

Victor Hugo Diaz Morales, AKA Victor Hugo Villegas Castillo, AKA Rojo, Juan Antonio Hernandez Alvarado, AKA Tony Hernandez, Mario Jose Calix Hernandez, Amado Beltran Beltran, AKA Don Amado, Otto Rene Salguero Morales, AKA Otto Salguero, Ronald Enrique Salguero Portillo, AKA Ronald Salguero, Fernando Felix Rodriguez, AKA Don Fernando, Geovanny Fuentes Ramirez,

        *Defendants*,

Mauricio Hernandez Pineda, Juan Orlando Hernandez, AKA JOH, Juan Carlos Bonilla Valladares, AKA El Tigre,

        *Defendants-Appellants*.

---

Appellant Juan Orlando Hernandez, through counsel, moves to dismiss his appeal as moot, vacate the district court judgment, and remand for dismissal of the indictment in light of his presidential pardon. Appellant states that the Government does not oppose the motion on the understanding

that Appellant will not seek any further relief in the district court. The Government has not filed a response.

Upon due consideration, it is hereby ORDERED that the motion is GRANTED, and the appeal is DISMISSED as moot. It is further ORDERED that the district court judgment is VACATED, and the matter is REMANDED to the district court with instructions to dismiss the case as moot. *See United States v. Schaffer*, 240 F.3d 35, 38 (D.C. Cir. 2001) (*en banc*) (*per curiam*).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court